**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>v.<br><br>**REHMAN MIRZA**<br><br>**Defendant.** | **Case No. 1:15-cr-00062** |

**RESPONSE TO DEFENDANT'S**
**MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**

On August 17, 2018, the defendant, Rehman Mirza, moved for early termination of supervised release on the ground that it is necessary to accept an employment opportunity in another jurisdiction. Because the Probation Office has confirmed that employment opportunity and does not oppose the motion, and further because the defendant's restitution obligation will continue beyond his term of supervised release, the United States does not oppose the motion.

Respectfully submitted,

JESSIE K. LIU
United States Attorney

By:       /s/
J.P. Cooney
Chief, Fraud & Public Corruption Section
U.S. Attorney's Office for the District of Columbia
D.C. Bar No. 494026

## **CERTIFICATE OF SERVICE**

  I hereby certify that this pleading was filed via ECF, thereby causing a copy to be served electronically on counsel for the defendant.

                  /s/
                J.P. Cooney
                Chief, Fraud & Public Corruption Section